**Opinion issued November 14, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-12-00627-CR

—————————————

**TERRANCE ODELL REESE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 2
Wichita County, Texas
Trial Court Case No. 48070F

## MEMORANDUM OPINION

Appellant, Terrance Odell Reese, has filed a motion to dismiss the appeal. The motion is signed by appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).